# EXHIBIT G

**From:** (b)(6); (b)(7)(C)
**Sent:** Mon, 4 Oct 2021 22:29:11 +0000
**To:** (b)(6); (b)(7)(C)
**Subject:** RE: Wed Removal: Cameroon and Rwanda HRVs

I'm sorry…

**From:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Sent:** Monday, October 4, 2021 6:26 PM
**To:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Subject:** FW: Wed Removal: Cameroon and Rwanda HRVs

Wow….that's gonna be super fun! LOL!

**From:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Sent:** Monday, October 4, 2021 3:24 PM
**To:** (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>
**Subject:** RE: Wed Removal: Cameroon and Rwanda HRVs

Hi (b)(6); (b)(7)(C)

(b)(7)(E)                                                      I will provide you with a POC. Let me check and see which officer is assigned to the flight. I'll let you know later today.

Thank you,

(b)(6); (b)(7)(C)
Unit Chief
ICE Air Operations
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
Desk: 480-638-(b)(6); (b)(7)(C)

**From:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Sent:** Monday, October 4, 2021 3:13 PM
**To:** (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>
**Subject:** Wed Removal: Cameroon and Rwanda HRVs

Hi (b)(6); (b)(7)(C)

I was asked to take some imagery of a HRVWCC removal occurring this Wednesday morning to Rwanda.

Do you have a POC that can ensure I get access to ICE Air and flight line?

Thank you!!

(b)(6); (b)(7)(C)
Office of Public Affairs (Spokesperson)
U. S. Immigration and Customs Enforcement
Department of Homeland Security (DHS)
1(480) 392(b)(6); (b)(7)(C)

**From:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Date:** Monday, Oct 04, 2021, 2:25 PM
**To:** (b)(6); (b)(7)(C) @ice.dhs.gov>, (b)(6); (b)(7)(C) @ice.dhs.gov>
**Subject:** RE: Cameroon and Rwanda HRVs

(b)(5); (b)(6); (b)(7)(C)

Is (b)(6); (b)(7)(C) the best ICE Air POC for (b)(6); (b)(7)(C) to reach out to?

Thanks again, (b)(6); (b)(7)(C)

**From:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Sent:** Monday, October 4, 2021 4:44 PM
**To:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Subject:** FW: Cameroon and Rwanda HRVs

Good afternoon,

I reached out today to obtain additional information on the boarding of the SHRC. Please see below. (b)(5)
(b)(5)

Thanks,
(b)(6); (b)(7)(C)

**From:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Sent:** Monday, October 4, 2021 4:14 PM
**To:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Cc:** (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>
**Subject:** FW: Cameroon and Rwanda HRVs

Hi (b)(6); (b)(7)(C)

Do you know if HQ OPA has approved?

Thank you,

(b)(6); (b)(7)(C)
Unit Chief
ICE Air Operations
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
Desk: 480-638-(b)(6); (b)(7)(C)

**From:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Sent:** Monday, October 4, 2021 5:38 AM
**To:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Cc:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Subject:** RE: Cameroon and Rwanda HRVs

Looping in the new FOIC for this flight. Photos were planned at the turnover & approved by the local officials/AAR. If any additional media is planned, then it needs to be approved by our UCs.

(b)(6); (b)(7)(C)
Detention & Deportation Officer
ICE Air Operations|Air Charter Operations
Headquarters, Removal Division
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
Cell: (206) 786-(b)(6); (b)(7)(C)

**From:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Sent:** Monday, October 4, 2021 5:11 AM
**To:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Subject:** FW: Cameroon and Rwanda HRVs

Good morning,

I am hoping that you can help me answer some questions regarding the 10/6 Rwanda/Cameroon SHRC details for the Public Affairs Officer. (b)(5)

(b)(6); (b)(7)(C); (b)(5)

Thank you,

(b)(6); (b)(7)(C)
**Deportation Officer**
**Columbus Sub-Office**
**Enforcement & Removal Operations**
*675 Brooksedge Blvd, Westerville, OH 43081*

PH (614) 948-(b)(6); (b)(7)(C)
Fax (614) 948
Cell (970) 309

**From:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Sent:** Thursday, September 30, 2021 8:45 AM
**To:** (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) (b)(6); (b)(7)(C) @ice.dhs.gov>, (b)(6); (b)(7)(C) @ice.dhs.gov>
**Subject:** RE: Cameroon and Rwanda HRVs

(b)(5); (b)(6); (b)(7)(C)

**From:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Sent:** Thursday, September 30, 2021 8:39 AM
**To:** (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>
**Subject:** RE: Cameroon and Rwanda HRVs

Good morning (b)(6); (b)(7)(C)

Both HPRs have been approved and they are attached. They have been scheduled for an SHRC on 10-6-21.

1. (b)(6); (b)(7)(C) – Cameroon
2. (b)(6); (b)(7)(C) – Rwanda

Thank you for your assistance,

(b)(6); (b)(7)(C)
**Deportation Officer**
**Columbus Sub-Office**
**Enforcement & Removal Operations**
675 Brooksedge Blvd, Westerville, OH 43081
PH (614) 948-(b)(6); (b)(7)(C)
Fax (614) 948-4277
Cell (970) 309-(b)(6); (b)(7)(C)

**From:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Sent:** Wednesday, September 29, 2021 5:20 PM
**To:** (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>
**Subject:** RE: Cameroon and Rwanda HRVs

(b)(5)

(b)(6); (b)(7)(C)
ICE Office of Public Affairs
Spokesperson
(813) 230-(b)(6); (b)(7)(C) mobile

**From:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Sent:** Wednesday, September 29, 2021 1:57 PM
**To:** (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>
**Subject:** Cameroon and Rwanda HRVs

Gentlemen,

I am introducing you to our very own ICE HRV Expert (b)(6); (b)(7)(C) from HQs. I will be on TDY to Wisconsin for the Afghan OAW detail. (b)(6); (b)(7)(C) has a wealth of experience across the PA spectrum and will cover the removal press queries and press plan from here. I have shared with her our communication.

V/r,
(b)(6); (b)(7)(C)

**From:** (b)(6); (b)(7)(C)
**Sent:** Wed, 3 Feb 2021 21:10:34 +0000
**To:** (b)(6); (b)(7)(C)
**Cc:**
**Subject:** Statement on Cameroon flight

(b)(5); (b)(6); (b)(7)(C)

(b)(6); (b)(7)(C)

ICE Office of Public Affairs
Spokesperson
(813) 230-(b)(6); (b)(7)(C) mobile