UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| J K A ET AL | CIVIL ACTION NO. 1:25-CV-00962 |
| VERSUS | JUDGE EDWARDS |
| USA ET AL | MAGISTRATE JUDGE PEREZ-MONTES |

## ORDER

**1. Scheduling Conference.** A Scheduling Conference will be held via video conference on **9/23/2025 at 4:00 p.m.** An email with the link access will be sent the day prior to the hearing.

**2. Rule 26 Meeting**. By **9/9/2025** the Trial Attorneys for each party shall meet, in person or by telephone, to develop a Rule 26(f) Case Management Report and discuss the issues listed in F.R.C.P. 26(f). A party may not seek discovery before the Rule 26(f) meeting unless there is an agreement of the parties or order of the court permitting the discovery. F.R.C.P. 26(d).

**3. Case Management Report & Initial Disclosures.** By **9/16/2025,** the parties must (1) file the Rule 26(f) Case Management Report in the format available on www.lawd.uscourts.gov and (2) exchange the initial disclosures required by F.R.C.P. 26(a)(1). No courtesy copies should be sent to Clerk or the Magistrate Judge.

**4. Responsibility of Trial Attorney.** The Trial Attorney for each party shall participate in the Scheduling Conference. If the Trial Attorney is unable to participate at the scheduled time, he or she is directed to contact the Judicial Assistant: Yvonna Tice at Yvonna_Tice@lawd.uscourts.gov immediately to reschedule the conference.

SIGNED on Wednesday, August 20, 2025.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE